**ANDERSON & KARRENBERG**
Jared D. Scott (#15066)
50 West Broadway, #600
Salt Lake City, UT 84101-2035
Telephone: (801) 534-1700
jscott@aklawfirm.com

**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (admitted *pro hac vice*)
Jeffrey M. Rosenfeld (admitted *pro hac vice*)
Liana W. Chen (admitted *pro hac vice*)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
liana@KRInternetLaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| **MICHAEL YATES,** individually and on behalf of all others similarly situated; and **NORMAN L. JONES**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>**TRAEGER PELLET GRILLS, LLC**, a Delaware limited liability company,<br><br>Defendant. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL**<br><br>Civil No. 2:19-cv-00723-BSJ<br><br>Judge Bruce S. Jenkins |

Having considered Plaintiffs' Motion to File Under Seal Portions of Plaintiffs' Motion for Class Certification and good cause having been shown:

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED.

IT IS HEREBY FURTHER ORDERED that the documents identified shall be filed under seal.

IT IS SO ORDERED.

DATED: _____

_____
BRUCE S. JENKINS
United States District Judge