FILED
2022 JUN 1 AM 10:18
CLERK
U.S. DISTRICT COURT

**ANDERSON & KARRENBERG**
Jared D. Scott (#15066)
50 West Broadway, #700
Salt Lake City, UT 84101-2035
Telephone: (801) 534-1700
jscott@aklawfirm.com

**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (admitted *pro hac vice*)
Jeffrey M. Rosenfeld (admitted *pro hac vice*)
Liana W. Chen (admitted *pro hac vice*)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
liana@KRInternetLaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| **MICHAEL YATES,** individually and on behalf of all others similarly situated; and **NORMAN L. JONES,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**TRAEGER PELLET GRILLS, LLC**, a Delaware limited liability company,<br><br>Defendant. | **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERLENGTH MOTION FOR CLASS CERTIFICATION**<br><br>Civil No. 2:19-cv-00723-BSJ<br><br>Judge Bruce S. Jenkins |

This matter comes before the Court on Plaintiffs' Motion for Leave to File Overlength Motion for Class Certification and Memorandum in Support, dated May 27, 2022. Having considered Plaintiffs' Motion for Leave to File Overlength Motion for Class Certification and Memorandum in Support and good cause having been shown, the Court hereby ORDERS that Plaintiffs' Motion is GRANTED. Plaintiffs shall be granted leave to file a fifty-four (54) page overlength Motion for Class Certification and Memorandum in Support.

IT IS SO ORDERED.

DATED: 6/1/22

BRUCE S. JENKINS
United States District Judge

1