IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

APR - 2 2024

GARY P. SERDAR
CLERK OF COURT
BY _____
DEPUTY CLERK

| | |
|---|---|
| Michael Yates, et al., | |
| Plaintiff(s), | Case No. 2:19-cv-723DAK |
| vs. | |
| Traeger Pellet Grills, | |
| Defendant(s). | |

## TRANSCRIPT PURCHASE NOTICE

Notice is hereby given that the undersigned court reporter has received payment from or payment arrangements have been made by:

☒ Attorney: James Speyer, Julianne Blanch, Juliette White

☐ Party: Click here to enter text.

for the following transcript(s):

| Hearing Date | Type of Hearing Held |
|---|---|
| March 4, 2024 | Motion Hearing |
| | |
| | |
| | |
| | |

**DOCKET CLERK:**
Please modify the above transcript(s) entry/document to allow this attorney/party to have access to the transcript(s) via PACER.

Date: April 2, 2024             Ed Young

                                Court Reporter